**FILED**
October 28, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 2:06-cr-390 EJG
Plaintiff, )
v. ) ORDER FOR RELEASE
) OF PERSON IN CUSTODY
RUI LIU, )
)
Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release RUI LIU; Case 2:06-cr-390 EJG from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of _____

_X_ Unsecured bond in the amount of $100,000.00 to be co-signed by Su Ling Kong and Jennie Xie, with Su Ling Kong acting as third party custodian.

___ Appearance Bond with 10% Deposit

___ Appearance Bond secured by Real Property

___ Corporate Surety Bail Bond

_X_ (Other) Pretrial conditions/supervision.

Issued at Sacramento, CA on 10/28/09  at 3:26 p.m.

By /s/ Kimberly J. Mueller
Kimberly J. Mueller,
United States Magistrate Judge