**FILED**

APR - 4 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

1  SCOTT N. CAMERON
   Attorney at Law
2  1007 7th Street, Suite 319
   Sacramento, California 95814
3  Telephone: (916) 442-5230

4  Attorney for:
   RUI LIU
5

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,      )   CASE NO.  2:06-CR-00390 EJG
                                   )
11                  Plaintiff,     )   STIPULATION AND [PROPOSED] ORDER
                                   )   TO MODIFY CONDITIONS OF PRETRIAL
12       v.                        )   RELEASE
                                   )
13  RUI LIU, et. al.,              )
                                   )
14                  Defendants.    )
                                   )
15  _____)

16

17                        Stipulation

18      The parties, through undersigned counsel, stipulate that the

19  "Conditions of Release" (document number 174 of the docket)for RUI LIU

20  are to be modified as by adding the following condition:

21      You shall participate in a program of medical or psychiatric
        treatment, including treatment for drug or alcohol
22      dependency, as approved by the pretrial services officer.

23      The parties further stipulate that RUI LIU as been advised of

24  this change and that he agrees to this change as a condition of his

25  pretrial release.

26  / / /

27  / / /

28  / / /

                              1

1  The prosecutor has authorized the defense counsel for RUI LIU to
2  sign this stipulation on his behalf.

3

4  DATED: April 4, 2011                    BENJAMIN WAGNER
                                           United States Attorney
5

6                                    by    /s/Scott N. Cameron, for
                                           Heiko Coppola
7                                          Assistant U.S. Attorney

8
   DATED: April 4, 2011
9                                    by    /s/Scott N. Cameron
                                           Scott N. Cameron
10                                         Counsel for RUI LIU

11
        IT IS SO ORDERED.
12

13
   DATED:  _April 4_, 2011
14                                         _____
                                           The Honorable Dale A. Drozd
                                           Magistrate Judge
15                                         United States District Court

16

17

18                                              .

19

20

21

22

23

24

25

26

27

28

                                2